UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SURAJ O. TAIRU,

                Petitioner,

   -against-

UNITED STATES OF AMERICA,

                Respondent.
-----------------------------------------------------------X

JUDGMENT
05-CV-1078 (ARR)

     An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on August 12, 2005, dismissing the petition for a writ of habeas corpus as untimely; and ordering that no Certificate of Appealability is granted with respect to any of the petitioner's claims; it is

     ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying the petition for a writ of habeas corpus; and that no Certificate of Appealability is granted with respect to any of the petitioner's claims.

Dated: Brooklyn, New York
       August 15, 2005

                                                        ROBERT C. HEINEMANN
                                                      Clerk of Court